95-62

ANONYMOUS (M-156-90), Respondent v.
The STATE BOARD OF MEDICAL EXAMINERS, Appellant.
(467 S.E. (2d) 258)

Court of Appeals

Jan. 25, 1996.

ORDER

Chief Judge William T. Howell having recused himself from further participation in this case, Opinion No. 2417, filed November 13, 1995, is hereby withdrawn. The pending Petition for Rehearing is dismissed as moot. This case will be considered *de novo* by the undersigned judges and will be scheduled for hearing or submission in due course.

All pending Motions to File *Amicus Curiae* Briefs are granted under the following conditions. The *Amicus Curiae*

---

Briefs shall be served and filed with the Clerk of this Court within fifteen (15) days of the date of this Order. See Appellate Court Rules 207, 210 and 212 on form, filing, and service of the *Amicus Curiae* Briefs.

Any response to an *Amicus Curiae* Brief must be served and filed with the Clerk of this Court within fifteen (15) days of the filing of the *Amicus Curiae* Brief.

/s/ <u>Jasper M. Cureton</u>, J.
/s/ <u>C. Tolbert Goolsby</u>, J.
/s/ <u>Kaye G. Hearn</u>, J.